1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   BIANCA M. CURRY-HAYES, | Case No.  2:25-cv-2223-DAD-JDP (PS) |
| 12          Plaintiff, | |
| 13      v. | ORDER |
| 14   COUNTY OF SOLANO, *et al.*, | |
| 15          Defendants. | |

16

17        Plaintiff has filed a request for an extension of time to file an amended complaint.  Good

18   cause appearing, the request will be granted.

19        Accordingly, it is hereby ORDERED that:

20        1.  Plaintiff's motion for an extension of time, ECF No. 4, is GRANTED.

21        2.  Plaintiff is granted until December 16, 2025, to file an amended complaint.

22

23   IT IS SO ORDERED.

24

25   Dated:     December 2, 2025                    _____

26                                                 JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE
27

28

1