UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BIANCA M. CURRY-HAYES,

Plaintiff,

v.

COUNTY OF SOLANO, *et al.*,

Defendants.

Case No.  2:25-cv-2223-DAD-JDP (PS)

ORDER

Plaintiff has filed a request for an extension of time to file an amended complaint.  Good cause appearing, the request will be granted.

Accordingly, it is hereby ORDERED that:

1.  Plaintiff's motion for an extension of time, ECF No. 9, is GRANTED.

2.  Plaintiff is granted until March 2, 2026, to file a second amended complaint.

IT IS SO ORDERED.

Dated:    February 17, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1