UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BIANCA M. CURRY-HAYES,

Plaintiff,

v.

COUNTY OF SOLANO, *et al.*,

Defendants.

Case No. 2:25-cv-2223-DAD-JDP (PS)

ORDER TO SHOW CAUSE

The court previously issued an order setting an initial scheduling conference for August 27, 2026, and directing the parties to file status reports by no later than August 13, 2026. ECF No. 19. Defendants submitted a status report on August 13, 2026. ECF No. 21. Plaintiff, however, failed to file her own status report.

To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

The court will give plaintiff the opportunity to explain why sanctions should not be imposed for her failure to file a status report. Plaintiff's failure to respond to this order will constitute another failure to comply with a court order and will result in dismissal of this action. Should plaintiff wish to continue with this lawsuit, she shall also file a status report as required by the court's July 16, 2026 order. *See* ECF No. 19.

Accordingly, it is hereby ORDERED that:

1. The initial scheduling conference currently set for August 27, 2026, is continued to September 24, 2026, at 10:00 a.m.

2. By no later than September 10, 2026, plaintiff shall file a status report in accordance with the court's July 16, 2026 order. *See* ECF No. 19.

3. Plaintiff shall show cause, by no later than September 10, 2026, why sanctions should not be imposed for failure to comply with the court's July 16, 2026 order.

4. Failure to comply with this order may result in the imposition of sanctions, including dismissal of this action for lack of prosecution and for failure to comply with court orders.

IT IS SO ORDERED.

Dated: August 25, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE